**BERNICE PATTON TESTAMENTARY TRUST, Moody Patton, Trustee, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 01–5088.

United States Court of Appeals, Federal Circuit.

DECIDED: Feb. 27, 2002.

Before NEWMAN, GAJARSA, and PROST, Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:*

**AFFIRMED.** *See* Fed. Cir. R. 36.